

# NUMBER 13-24-00539-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

DAVEN MARQUI ALLEN A/K/A
DAVEON MARQUI ALLEN,                                            Appellant,

**v.**

THE STATE OF TEXAS,                                            Appellee.

---

## ON APPEAL FROM THE 329TH DISTRICT COURT
## OF WHARTON COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Chief Justice Tijerina**

The cause is before the Court on its own motion. On October 30, 2024, appellant filed a pro se notice of appeal attempting to appeal a judgment of conviction for capital murder in trial court case number 23436 in the 329th District Court of Wharton County,

Texas. *See* TEX. PENAL CODE ANN. § 19.03. Subsequently, appellant's appointed counsel filed a motion for new trial, which the trial court granted. Pursuant to a plea bargain, appellant thereafter pleaded guilty to murder. *See id.* § 19.02. We now dismiss the appeal for want of jurisdiction.

The trial court's certification of appellant's right of appeal states that the case is a plea bargain, appellant has no right of appeal, and appellant has waived the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). On April 1, 2025, we ordered appellant's counsel to review the record and determine whether the certification was correct. On April 2, 2025, appellant's counsel advised the Court that the certification was correct and we do "not have jurisdiction to hear an appeal in this matter."

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3; *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005); *Torres v. State*, 493 S.W.3d 213, 215 (Tex. App.—San Antonio 2016, no pet.); *Pena v. State*, 323 S.W.3d 522, 525–26 (Tex. App.—Corpus Christi–Edinburg 2010, no pet.). Accordingly, we dismiss this appeal for want of jurisdiction.

JAIME TIJERINA
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
17th day of April, 2025

2